IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WILLIAM STEINHARDT, II | ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:22-cv-185 |
| FINANCIAL DATA SYSTEMS, LLC | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff William Steinhardt, II, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Financial Data Systems, LLC in this matter.

1. Plaintiff and Defendant Financial Data Systems, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a stipulation of dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a stipulation of dismissal as to Defendant Financial Data Systems, LLC, along with any other relief the Court deems just and proper.

Dated: June 20, 2022

        Respectfully Submitted,

        **HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen

        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO 63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 20th day of June 2022, to the following counsel of record:

Mukul Kelkar
Dentons US LLP
1221 McKinney Ave
Suite 1900
Houston, TX 77010
P: (713) 658-4634
F: (713) 739-0834
E: mukul.kelkar@dentons.com

        /s/ Joel S. Halvorsen

2