IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM STEINHARDT, II, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:22-CV-00185 |
| V. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| FINANCIAL DATA SYSTEMS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 11].  The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  To the extent that the Parties' dismissal is not yet in effect, the above-styled action is dismissed with prejudice.

It is therefore **ORDERED** that the above-styled case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 30th day of August, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge